UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PCT HOSPITALITY, INC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-1866-X |
| | § | |
| MT. HAWLEY INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## DISMISSAL ORDER

Given the Court's prior order (Doc. 29), the Court **DISMISSES WITHOUT PREJUDICE** this action. Each party will bear its own attorney's fees and costs. The Clerk is instructed to close this case.

**IT IS SO ORDERED** this 22nd day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1